DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
2300 Tulare St., Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
RALPH MICHAEL SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       *Plaintiff,*<br><br>   v.<br><br>RALPH MICHAEL SMITH,<br><br>       *Defendant.* | NO. 1:11-cr-00192 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER<br><br>Date:  February 27, 2012<br>Time:  9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, BRIAN ENOS, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant, Ralph Michael Smith, that the date for status conference may be continued to February 27, 2012, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is January 17, 2012, at 9:00 a.m. The requested new date is February 27, 2012, at 9:00 a.m.**

The parties are currently engaged in plea negotiations. The defense is conducting investigation relevant to these negotiations, and for trial preparation in the event the negotiations are unsuccessful. It is anticipated that Mr. Smith will either enter a plea agreement, or the parties will request a trial date at the next status conference.

///

///

The parties agree that the delay resulting from the continuance shall be excluded as necessary for defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendants in a speedy trial.

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: January 11, 2012        By /s/ Brian Enos
                                                  BRIAN ENOS
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Defender

DATED: January 11, 2012        By /s/ Eric V. Kersten
                                                 ERIC V. KERSTEN
                                                 Assistant Federal Defender
                                                 Attorney for Defendant
                                                 RALPH MICHAEL SMITH

## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated: January 13, 2012                                         
CHIEF UNITED STATES DISTRICT JUDGE