1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  2300 Tulare St., Suite 330
   Fresno, California 93721-2226
4  Telephone: (559) 487-5561

5  Counsel for Defendant
   RALPH MICHAEL SMITH
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO. 1:11-cr-00192 AWI
                                       )
12                  Plaintiff,         )   STIPULATION TO CONTINUE STATUS
                                       )   CONFERENCE AND ORDER
13          v.                         )
                                       )   Date:  March 19, 2012
14  RALPH MICHAEL SMITH,               )   Time:  10:00 a.m.
                                       )   Judge: Hon. Anthony W. Ishii
15                  Defendant.         )
                                       )
16  _____)

17          IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

18  BRIAN ENOS, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender,

19  counsel for defendant, Ralph Michael Smith, that the date for status conference may be continued to

20  March 19, 2012, or the soonest date thereafter that is convenient to the court. **The date currently set for**

21  **status conference is February 27, 2012, at 9:00 a.m.  The requested new date is March 19, 2012, at**

22  **10:00 a.m.**

23          The parties are currently engaged in plea negotiations.  Additional time is requested for further

24  investigation and negotiations that will likely result in a resolution of the case.  It is anticipated that Mr.

25  Smith will either enter a plea agreement or the parties will request a trial date at the next status conference.

26  ///

27  ///

28

1    The parties agree that the delay resulting from the continuance shall be excluded as necessary for

2    defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  For this reason,

3    the ends of justice served by the granting of the requested continuance outweigh the interests of the public

4    and the defendants in a speedy trial.

5

6                                              BENJAMIN B. WAGNER
                                               United States Attorney
7

8    DATED: February 23, 2012          By /s/ Brian Enos
                                               BRIAN ENOS
9                                              Assistant United States Attorney
                                               Attorney for Plaintiff
10

11

12                                             DANIEL J. BRODERICK
                                               Federal Defender
13

14   DATED: February 23, 2012          By /s/ Eric V. Kersten
                                               ERIC V. KERSTEN
15                                             Assistant Federal Defender
                                               Attorney for Defendant
16                                             RALPH MICHAEL SMITH

17

18

19

20                                   **O R D E R**

21       **IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice

22   pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

23

24   IT IS SO ORDERED.

25

26   Dated:    February 23, 2012        _____
                                        CHIEF UNITED STATES DISTRICT JUDGE
27

28