1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  2300 Tulare St., Suite 330
   Fresno, California 93721-2226
4  Telephone: (559) 487-5561

5  Counsel for Defendant
   RALPH MICHAEL SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:11-cr-00192 AWI |
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER |
| v. | ) ) | |
| RALPH MICHAEL SMITH, | ) ) | Date: April 23, 2012 Time: 10:00 a.m. |
| Defendant. | ) ) | Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, BRIAN ENOS, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant, Ralph Michael Smith, that the date for status conference may be continued to April 23, 2012, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is March 19, 2012. The requested new date is April 23, 2012, at 10:00 a.m.**

The parties are currently engaged in plea negotiations. Additional time is requested for further investigation and negotiations that will likely result in a resolution of the case. It is anticipated that Mr. Smith will either enter a plea agreement or the parties will request a trial date at the next status conference.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendants in a speedy trial.

```
                                        BENJAMIN B. WAGNER
                                        United States Attorney


DATED: March 15, 2012           By /s/ Brian Enos
                                   BRIAN ENOS
                                   Assistant United States Attorney
                                   Attorney for Plaintiff



                                        DANIEL J. BRODERICK
                                        Federal Defender


DATED: March 15, 2012           By /s/ Eric V. Kersten
                                   ERIC V. KERSTEN
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   RALPH MICHAEL SMITH
```

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   March 15, 2012

CHIEF UNITED STATES DISTRICT JUDGE