| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |

Attorney for Defendant
Ralph Michael Smith

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:11-cr-00192 AWI |
| | ) | |
| *Plaintiff,* | ) | STIPULATION AND ORDER |
| | ) | TO MODIFY CONDITIONS OF PRETRIAL |
| v. | ) | RELEASE |
| | ) | |
| RALPH MICHAEL SMITH, | ) | |
| | ) | |
| *Defendant.* | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between plaintiff, United States of America, through its attorney, Assistant U.S. Attorney Brian W. Enos, and defendant Ralph Michael Smith, through his attorney, Eric V. Kersten, Assistant Federal Defender, that Mr. Smith's conditions of pretrial release may be modified to add the condition:

Defendant shall participate in a program of mental health treatment
and pay for costs as approved by the Pretrial Services Officer.

All other terms of pretrial supervision will remain in full force and effect.  Pretrial Services

///

///

///

Officer Dan Stark supports this request.

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: March 19, 2012        By:   /s/ Brian W. Enos
                                        BRIAN W. ENOS
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: March 19, 2012        By:   /s/ Eric V. Kersten
                                        ERIC V. KERSTEN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Ralph Michael Smith

**O R D E R**

IT IS SO ORDERED.

Dated:   March 19, 2012

                                        CHIEF UNITED STATES DISTRICT JUDGE