DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
2300 Tulare St., Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
RALPH MICHAEL SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff,*<br><br>　v.<br><br>RALPH MICHAEL SMITH,<br><br>　　　　　*Defendant.* | NO. 1:11-cr-00192 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER<br><br>Date:　July 9, 2012<br>Time:　10:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, BRIAN ENOS, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant, Ralph Michael Smith, that the date for status conference may be continued to July 9, 2012, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is June 25, 2012.  The requested new date is July 9, 2012, at 10:00 a.m.**

　　　Mr. Smith has signed a plea agreement in this matter and he will formally enter the agreement and be remanded into custody at the upcoming status conference.  This brief continuance is requested to allow time for Mr. Smith to complete the process of putting his affairs in order before serving a substantial prison sentence.

///

///

The parties agree that the delay resulting from the continuance shall be excluded as necessary for defense preparation and continuity of counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendants in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: June 20, 2012        By /s/ Brian Enos
                               BRIAN ENOS
                               Assistant United States Attorney
                               Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: June 20, 2012        By /s/ Eric V. Kersten
                               ERIC V. KERSTEN
                               Assistant Federal Defender
                               Attorney for Defendant
                               RALPH MICHAEL SMITH


**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   June 21, 2012

                                            CHIEF UNITED STATES DISTRICT JUDGE